# Court of Appeals
# of the State of Georgia

ATLANTA, January 22, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0248.  JUDITH E. JONES v. RENWICK T. DICKERSON.**

Respondent's motion to dismiss the Application for Discretionary Appeal is DENIED. However, upon consideration of the merits of the Application, it is ordered that it be hereby DENIED. The Applicant's request for attorney fees in responding to the motion to dismiss is DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 01/22/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*